IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STACY ABRAM, JR.                                                                                    PLAINTIFF

v.                                              No. 3:05CV00164 GH

CITY OF EARLE, ARKANSAS; ET AL.                                                      DEFENDANTS

### ORDER

Plaintiff's August 16th motion (#30) to amend complaint has been rendered moot by the filing of the amended complaint on August 15th. As reflected in paragraph No. 5 of the motion, the Clerk did consult with the undersigned's chambers and was advised that, under these unique circumstances,[1] the amended complaint should be filed.

In accordance with the July 27th order granting plaintiff *in forma pauperis* status, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and amended complaint on the new defendant, who was added to this action by the August 15th amended complaint, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

The City of Turrell's August 12th motion (#28) to dismiss is denied without prejudice to re-file as a separate pleading. Local Rule 7.2 provides in part:

---

[1] When plaintiff had checked with the Clerk's office in Jonesboro, no answer had been filed by any defendant. However, by the time plaintiff arrived at the Clerk's office in Little Rock to file his amended complaint, an answer/motion to dismiss had been filed by the City of Turrell.

(a) All motions except those mentioned in paragraph (d) shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law.  Both documents shall be filed with the Clerk, and copies shall be served on all other parties affected by the motion.

(e) Pretrial motions for temporary restraining orders, motions for preliminary injunctions, and *motions to dismiss*, shall not be taken up and considered unless set forth in a separate pleading accompanied by a separate brief.  [Emphasis supplied.]

Finally, the Earle defendants' August 18th motion (#34) for extension of time until August 26th in which to respond to the complaint and amended complaint is granted.

IT IS SO ORDERED this 23rd day of August, 2005.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE